Peter W. Billings, A0330
Gary E. Jubber, A1758
Douglas J. Payne, A4113
David N. Kelley, A9137
FABIAN & CLENDENIN,
 A Professional Corporation
215 South State Street, Twelfth Floor
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

Attorneys for Plaintiff the Official
 Committee of Unsecured Creditors

Anna W. Drake
ANNA W. DRAKE, PC
215 South State Street, Suite 500
Salt Lake City, Utah 84111
Telephone: (801) 328-9792

Attorneys for Defendant Richard
 D. Simon, Jr.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SIMON TRANSPORTATION SERVICES, INC., DICK SIMON TRUCKING, INC., and SIMON TERMINAL, LLC,<br><br>    Debtors. | Bankruptcy Nos. 02-22906<br>02-22907<br>02-24874<br><br>(Chapter 11)<br><br>[SUBSTANTIVELY CONSOLIDATED]<br><br>Honorable Glen E. Clark |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD D. SIMON, JR.,<br><br>    Defendant. | **NOTICE OF SETTLEMENT**<br><br>Adversary No. 04-02405 |

375782_1.DOC

**Filed: 06/29/06**

The parties have reached a settlement in principle, subject to final documentation, and are in the process of preparing the necessary papers memorializing the settlement and motion for court approval. The parties, therefore, will not be filing a final pre-trial order on June 30, 2006, as currently provided in the scheduling order.

DATED this _27th_ day of June, 2006.

_____
Anna W. Drake
ANNA W. DRAKE, PC
Attorney for Defendant


_____
Peter W. Billings
Gary E. Jubber
Douglas J. Payne
David N. Kelley
FABIAN & CLENDENIN,
  a Professional Corporation
Attorneys for Plaintiff