Peter W. Billings, A0330
Gary E. Jubber, A1758
Douglas J. Payne, A4113
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah  84111
Telephone:  (801) 531-8900

Attorneys for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> SIMON TRANSPORTATION SERVICES, INC., DICK SIMON TRUCKING, INC., and SIMON TERMINAL, LLC, <br><br> Debtors. <br><br> OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD D. SIMON, JR., <br><br> Defendant. | Bankruptcy Nos. 02-22906 <br> 02-22907 <br> 02-24874 <br> (Chapter 11) <br><br> [SUBSTANTIVELY CONSOLIDATED] <br><br> Honorable William T. Thurman <br><br><br><br><br><br><br> Adversary No. 04-02405 |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable herein pursuant to Rule 7041 of the Rules of Bankruptcy Procedure, and the Court having approved the settlement of this Adversary Proceeding in the main case (see Docket Nos. 1526 and 1529) and having authorized dismissal of this adversary proceeding upon payment of the settlement amount.  Plaintiff hereby gives notice dismissal of the above-entitled adversary proceeding.

DATED this 27th day of April, 2009.

/s/ Gary E. Jubber
Peter W. Billings
Gary E. Jubber
Douglas J. Payne
FABIAN & CLENDENIN,
  a Professional Corporation
Attorneys for Plaintiff

ND: 4828-7643-6739, v.  1                         2